IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS HICKS, | : |
|     Plaintiff | : |
|        v. | : Case No. 3:25-cv-27-KAP |
| UNIT MANAGER D. MOWERY, | : |
|     Defendant | : |

## Memorandum Order

When this became a full consent case I ordered plaintiff to file an amended complaint on or before December 31, 2025. A plaintiff is always free to decline an invitation to amend a defective complaint and seek a final appealable order. <u>Weber v. McGrogan</u>, 939 F.3d 232, 238 (3d Cir. 2019)(explaining "standing on one's complaint"). Plaintiff has done so in his correspondence at ECF no. 21.

Accordingly, the complaint is dismissed for failure to state a claim as explained at ECF no. 15. The motion for appointment of counsel contained in the correspondence is denied without prejudice to filing a proper motion at the Court of Appeals.

This is a final appealable order. Plaintiff's correspondence at ECF no. 21 is not a notice of appeal. To appeal from the judgment of dismissal plaintiff must file a timely notice of appeal.

DATE: February 10, 2026

                                                                Keith A. Pesto,
                                                                 United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Thomas Hicks QP-2267
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000